IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUDOLPH J. REEVES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-cv-266-PMF |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

This matter coming to be heard on the parties' Stipulation to Remand, the Court being advised in the premises, and due notice having been given,

IT IS HEREBY ORDERED that the parties' Stipulation to Remand, pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. No. 27) is GRANTED. Judgment shall enter reversing the Commissioner's final decision regarding plaintiff's application for social security disability benefits and remanding the case for further administrative proceedings and a new decision. On remand, the nature and limiting effect of plaintiff's mental impairment will be developed and evaluated in accordance with the stipulation.

**IT IS SO ORDERED.**

DATED:  December 8, 2009 .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**