# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUDOLPH J. REEVES,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 09-cv-266-PMF |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court on the parties' Stipulation to Remand. The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that the final decision of Defendant is **reversed**, and this action is **remanded** to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**DATED:** December 8, 2009

**NANCY J. ROSENSTENGEL, CLERK**

By: s/Karen R. Metheney
Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**